IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRELLIS MA SHAL DILLON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:13-CV-542-K |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNS AND/ OR SUCCESSORS IN INTEREST, ITS AFFIANTS AND U.S. PERSONS OF INTEREST, | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, this action will be *sua sponte* **REMANDED** to the state court by separate judgment.

SO ORDERED

Signed February 26th, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE